# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Lisa Montgomery

v.

Jeffrey Rosen, et al.

**Case No:** 21-5001

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Lisa Montgomery

### Counsel Information

Lead Counsel: Meaghan VerGow

Direct Phone: ( 202 ) 383-5504 Fax: ( 202 ) 383-5414 Email: mvergow@omm.com

2nd Counsel: Alec Schierenbeck

Direct Phone: ( 212 ) 728-5837 Fax: ( 212 ) 326-2061 Email: aschierenbeck@omm.com

3rd Counsel: Anna Mohan

Direct Phone: ( 202 ) 383-5384 Fax: ( 202 ) 383-5414 Email: amohan@omm.com

Firm Name: O'Melveny & Myers LLP

Firm Address: 1625 Eye Street, NW, Washington, DC 20006

Firm Phone: ( 202 ) 383-5300 Fax: ( 202 ) 383-5414 Email: mvergow@omm.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.