# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 21-5001
2. DATE DOCKETED: 1/8/2021
3. CASE NAME (lead parties only) Lisa Montgomery v. Jeffrey Rosen, et al.
4. TYPE OF CASE: [X] District Ct - (•) US Civil ( ) Private Civil ( ) Criminal ( ) Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ( ) Yes (•) No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:20-cv-03261
      Criminal
      Miscellaneous

      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary

      Tax Court Docket No.
      Tax
   b. Review is sought of:
      [X] Final Order [ ] Interlocutory Order appealable as of right [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Randolph D. Moss Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 1/8/2021
   e. Date notice of appeal filed: 1/8/2021
   f. Has any other notice of appeal been filed in this case? (•) Yes ( ) No If YES, date filed: 12/28/2021
   g. Are any motions currently pending in trial court? ( ) Yes (•) No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? (•) Yes ( ) No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? (•) Yes Appeal # 20-5379 ( ) No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ( ) Yes (•) No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? (•) Yes ( ) No
      If YES, give popular name and citation of statute Federal Death Penalty Act, 18 U.S.C. 3596
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ( ) Yes (•) No If so, provide program name and participation dates

Signature /s/ Meaghan VerGow Date 1/8/2021
Name of Party Lisa Montgomery
Name of Counsel for Appellant/Petitioner Meaghan VerGow
Address 1625 Eye St. NW, Washington DC 20006
Phone ( 202 ) 383-5504 Fax ( 202 ) 383-5414

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I certify that counsel for parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*_/s/ Meaghan VerGow_*
MEAGHAN VERGOW