**No. 21-5001**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

LISA MONTGOMERY,

*Plaintiff-Appellant*,

*v.*

JEFFREY ROSEN, ATTORNEY GENERAL, et al.,

*Defendants-Appellees.*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A. Parties and *Amici*

This is an appeal from a partial final judgment of the U.S. District Court for the District of Columbia.

Appellant is Lisa Marie Montgomery.

Appellees are Jeffrey A. Rosen, Acting Attorney General of the United States; Rosalind Sargent-Burns, Acting Pardon Attorney; Michael Carvajal, Director, Federal Bureau of Prisons; Barb von Blackensee, Regional Director of the North Central Region of the Bureau of Prisons; Michael Carr, Warden, Federal Medical Center Carswell; T.J. Watson, Warden, Federal Correctional Complex Terre Haute; Alix M. McLearen, National Administrator of Women and Special Populations

Federal Bureau of Prisons; the United States Department of Justice, the Office of the Pardon Attorney, and the Federal Bureau of Prisons.

The plaintiff appearing before the district court was Lisa Marie Montgomery.

Defendants appearing before the district court were William P. Barr, Attorney General of the United States, Jeffrey A. Rosen, Deputy Attorney General of the United States, Rosalind Sargent-Burns, Acting Pardon Attorney; Michael Carvajal, Director, Federal Bureau of Prisons; Barb von Blackensee, Regional Director of the North Central Region of the Bureau of Prisons; Michael Carr, Warden, Federal Medical Center Carswell; T.J. Watson, Warden, Federal Correctional Complex Terre Haute; Alix M. McLearen, National Administrator of Women and Special Populations Federal Bureau of Prisons; the United States Department of Justice, the Office of the Pardon Attorney, and the Federal Bureau of Prisons.

There are no intervenors or *amici*.

**B. Rulings Under Review**

Appellant seeks review of the January 8, 2021, Memorandum Opinion and Order of the district court (Moss, J.) in which the court denied Mrs. Montgomery's motion for partial summary judgment on her claim that Defendants violated the Administrative Procedure Act ("APA") by failing to comply with Missouri's scheduling requirements, as incorporated by the Federal Death Penalty Act ("FDPA"), treated Defendants' opposition as a cross-motion for partial summary

judgment, and entered partial final judgment on that claim in favor of Defendants under Federal Rule of Civil Procedure 54(b). The district court's January 8, 2021 Memorandum Opinion and Order are reproduced in the Addendum to the Defendants' Emergency Motion to Stay Execution Pending Appeal. No official citation exists.

**C. Related Cases**

The case on review was previously before this Court in *Lisa Montgomery v. Jeffrey Rosen, et al.*, D.C. Court of Appeals Case No. 20-5379. In that case, Defendants noticed an appeal of the district court's December 24, 2020, Memorandum Opinion and Order granting partial summary judgment in Montgomery's favor on Count I of Plaintiff's supplemental complaint and vacating the Director of the Federal Bureau of Prisons' November 23, 2020, decision setting a new execution date. Defendants then moved for an emergency stay or vacatur of the Order in the Court of Appeals. On January 1, 2021, a panel summarily reversed the district court's order. On January 5, 2021, the Court of Appeals denied rehearing en banc, and the Clerk issued the Mandate forthwith.

January 9, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I certify that counsel for parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Meaghan VerGow*
MEAGHAN VERGOW