# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-5001** **September Term, 2020**

**1:20-cv-03261-RDM**

**Filed On:** January 10, 2021

Lisa Marie Montgomery,

Appellant

v.

Jeffrey Rosen, Acting Attorney General of the United States in his official capacity, et al.,

Appellees

**BEFORE:** Millett, Katsas, and Walker, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for stay of execution pending appeal and for temporary stay pending consideration of motion, it is

**ORDERED**, on the court's own motion, that appellees file a response to the motion by 9:00 p.m. on Sunday, January 10, 2021, and that appellant file any reply by 12:00 noon on Monday, January 11, 2021.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Laura Chipley
Deputy Clerk