United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5001** **September Term, 2020**

**1:20-cv-03261-RDM**

**Filed On:** January 12, 2021

Lisa Marie Montgomery,

Appellant

v.

Jeffrey Rosen, Acting Attorney General of the United States in his official capacity, et al.,

Appellees

## ORDER

It is **ORDERED**, on the court's own motion, that appellant's emergency petition for rehearing en banc and, if necessary, an administrative stay, construed by the court as an emergency motion for reconsideration en banc, be dismissed as moot in light of the en banc order issued on January 11, 2021.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk