**No. 21-5001**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

LISA MARIE MONTGOMERY,

*Plaintiff-Appellant*,

*v.*

JEFFREY A. ROSEN, ATTORNEY GENERAL, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Columbia, No. 20-cv-3261
Before the Honorable Judge Randolph D. Moss

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P. 42(b)

IT IS HEREBY STIPULATED AND AGREED by and between counsel to the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

*/s/ Meaghan VerGow*
MEAGHAN VERGOW
ANNA MOHAN
O'MELVENY & MYERS LLP
1626 Eye Street, N.W.

R. CRAIG LAWRENCE
Assistant United States Attorney
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER
District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2575

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

BRIAN P. CASEY
ALAN T. SIMPSON
J. BENTON HURST
DAVID WAGNER
Assistant United States Attorneys
Western District of Missouri

*Counsel for Defendants-Appellees*

January 14, 2021

Washington, DC 20006
(202) 383-5504

ALEC SCHIERENBECK
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 728-5837

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1. Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f), the brief contains 35 words.

2. The brief has been prepared in proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font. As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ *Meaghan VerGow*

MEAGHAN VERGOW

January 14, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I certify that all counsel for parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Meaghan VerGow*

MEAGHAN VERGOW