# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-5001** **September Term, 2020**

**1:20-cv-03261-RDM**

**Filed On:** February 10, 2021

Lisa Marie Montgomery,

Appellant

v.

Jeffrey Rosen, Acting Attorney General of the United States in his official capacity, et al.,

Appellees

## **O R D E R**

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk